

IN THE UNITED STATES BANKRUPTCY COURT

Western District of Michigan

In RE: In Proceedings
09-14083

Debtor(s).
Steve Swander
NULL NULL

WITHDRAWAL OF CLAIM

Please withdraw Claim #19 in the amount of $4231.43.

Signature of Creditor  _____

Creditors Name & Address:

Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC  29602-