THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHER DIVISION

In Re:

STEVEN LYNN SWANDER and,
CHARLOTTE DENISE SWANDER

        Debtor(s).
_____/

Case No.: 09-14083-swd   001A
Chapter 7   thru 004A
Hon. Scott W. Dales
Date Filed: November 3, 2009

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached checks in the amount of $1,204.87, represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

    The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Last Known Creditor Address | Claim No. | Amount of Dividend |
|---|---|---|---|
| PYOD, its succcessors and assigns as assignee of Citibank c/o Resurgent Capital Services | P.O. Box 19008<br>Greenville, SC 29602 | 14-1 | $286.53   001A |
| PYOD, its succcessors and assigns as assignee of Citibank c/o Resurgent Capital Services | P.O. Box 19008<br>Greenville, SC 29602 | 17-1 | $105.81   002A |
| PYOD, its succcessors and assigns as assignee of Citibank c/o Resurgent Capital Services | P.O. Box 19008<br>Greenville, SC 29602 | 19-1 | $185.85   003A |



**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 243969      -- DR

January 28, 2011
15:13:53

**UNCLAIMED FUNDS**
**09-14083**
Debtor.: STEVEN LYNN SWANDER
Judge..: SCOTT W. DALES
Trustee: STEPHEN LANGELAND
Amount.:                $286.53 CH
Check#.: 131

Total-> $286.53

FROM: STEPHEN LANGELAND

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 243970      -- DR

January 28, 2011
15:15:41

**UNCLAIMED FUNDS**
**09-14083**
Debtor.: STEVEN LYNN SWANDER
Judge..: SCOTT W. DALES
Trustee: STEPHEN LANGELAND
Amount.:                $105.81 CH
Check#.: 132

Total-> $105.81

FROM: STEPHEN LANGELAND

| | | | |
|---|---|---|---|
| PYOD, its succcessors and assigns as assignee of Citibank c/o Resurgent Capital Services | P.O. Box 19008 Greenville, SC 29602 | 21-1 | $626.68  004A |

Dated: **1-25-11**

_____
Stephen L. Langeland
Trustee

---

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 243971    — DR

January 28, 2011
15:16:52

UNCLAIMED FUNDS
09-14083
Debtor.: STEVEN LYNN SWANDER
Judge..: SCOTT W. DALES
Trustee: STEPHEN LANGELAND
Amount.:              $185.85 CH
Check#.: 133

Total-> $185.85

FROM: STEPHEN LANGELAND

---

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 243972    — DR

January 28, 2011
15:18:00

UNCLAIMED FUNDS
09-14083
Debtor.: STEVEN LYNN SWANDER
Judge..: SCOTT W. DALES
Trustee: STEPHEN LANGELAND
Amount.:              $626.68 CH
Check#.: 134

Total-> $626.68

FROM: STEPHEN LANGELAND

Case:09-14083-swd   Doc #:39   Filed: 01/28/11   Page 4 of 4